**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **TINA MARIE WELLS,** | ) | |
| Petitioner, | ) | **Civil Case No. 7:14cv00161** |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **UNNAMED,** | ) | **By: Michael F. Urbanski** |
| Respondent. | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court.

Further, finding that Wells has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

Entered: June 23, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge